Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, FIDELITY NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE OF NEVADA, INC., and
FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:21-CV-00348-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT, REMAND MOTION, AND FEES MOTION (ECF NOS. 1, 7, AND 8)**<br><br>**FIRST REQUEST** |

    COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Commonwealth Land Title Insurance Company ("CLTIC"), Fidelity National Title Insurance Company ("FNTIC"),  Chicago Title of Nevada, Inc. ("Chicago Agency"), and Fidelity National Title



1
**STIPULATION AND ORDER EXTENDING TIME**

Case 2:21-cv-00348-GMN-BNW   Document 11   Filed 04/13/21   Page 2 of 3

Agency of Nevada, Inc. ("Fidelity Agency") (collectively, "Defendants"), and plaintiff Bank of America, N.A. ("Bank of America") (collectively with Defendants, the "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 1, 2021 Bank of America filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 1, 2021, CLTIC and FNTIC removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Agency's and Fidelity Agency's responses to Bank of America's complaint are currently due on April 13, 2021;

4. CLTIC's and FNTIC responses to Bank of America's complaint are currently due on April 15, 2021;

5. Bank of America filed a motion to remand and a motion for fees (ECF Nos. 7 and 8);

6. Defendants' deadline to respond to the motion to remand and the motion for fees is currently April 13, 2021;

7. The Parties are in the process of formalizing a stipulation to stay this case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC);

8. Defendants request a two-week extension of these deadlines to afford the Parties additional time to formalize their stipulation to stay this case;

9. Counsel for Bank of America does not oppose the requested extension;

10. This is the first request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

11. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//

//

//



**IT IS SO STIPULATED** that Chicago Agency's and Fidelity Agency's deadline to respond to the complaint is hereby extended through and including Monday, April 27, 2021, CLTIC's and FNTIC's deadline to respond to the complaint is hereby extended through and including Monday, April 29, 2021, and Defendants' deadline to respond to the motion to remand and the motion for fees (ECF Nos. 7 and 8) is hereby extended through and including Wednesday, April 28, 2021.

Dated: April 13, 2021        SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE OF NEVADA, INC., and FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

Dated: April 13, 2021        WRIGHT FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
    DARREN T. BRENNER
    Attorneys for Plaintiff
    BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this  13  day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

