Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Michael R. Merritt, Nevada Bar Number 5720
  *Michael.merritt@mccormickbarstow.com*
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE OF NEVADA, INC., and FIDELITY NATIONAL TITLE AGENCY OF NEVDA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00348-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND AND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |



**STIPULATION AND ORDER**

654364.1



Plaintiff Bank of America, N.A. ("BANA") and Defendants Fidelity National Title Group, Inc., Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Agency of Nevada, Inc. (collectively, "Defendants," and with BANA, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on March 1, 2021, BANA filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830289-C [ECF No. 1-1];

**WHEREAS**, on March 1, 2021, Fidelity National Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS**, on March 30, 2021, BANA filed a Motion for Remand [ECF No. 7];

**WHEREAS**, on March 30, 2021, BANA filed a Motion for Costs and Fees [ECF No. 8];

**WHEREAS**, on April 12, 2021, an amended removal petition was filed [ECF No. 9];

**WHEREAS**, on April 28, 2021, this Court granted the Parties' stipulation to stay the case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal" [ECF No. 14];

**WHEREAS**, Defendants' time to oppose the motion to remand, to oppose the motion for fees, and to file responsive pleadings had not yet expired;

**WHEREAS**, according to the terms of the stipulation to stay the case, Defendants' deadline to oppose BANA's motion to remand this action to the Eighth District Court (ECF No. 7) and motion for fees (ECF No. 8) was continued and would be reset by mutual agreement of the Parties;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants' deadline to oppose BANA's motion to remand this action to the Eighth District Court (ECF No. 7) and motion for fees (ECF No. 8) will be January 28, 2022;

2. BANA's deadline to file a reply in support of its motion to remand and motion for fees will be by code.

3. Defendants' deadline to file a responsive pleading will be January 28, 2022.

1
**STIPULATION AND ORDER**

654364.1

**IT IS SO STIPULATED.**

Dated:  December 28, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By:  */s/-- Scott E. Gizer*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendants FIDELITY NATIONAL TITLE GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE OF NEVADA, INC., and FIDELITY NATIONAL TITLE AGENCY OF NEVDA, INC.

Dated:  December 28, 2021

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:  */s/-- Michael R. Merritt*
MICHAEL R. MERRITT
Attorneys for Defendants FIDELITY NATIONAL TITLE GROUP, INC., COMMONWEALTH LAND TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE OF NEVADA, INC., and FIDELITY NATIONAL TITLE AGENCY OF NEVDA, INC.

Dated:  December 28, 2021

WRIGHT FINLAY & ZAK, LLP

By:  */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this __7__ day of January, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



654364.1