WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRCIT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>         Plaintiff,<br>   vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; CHICAGO TITLE OF NEVADA, INC.; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>         Defendants. | Case No.: 2:21-cv-00348-GNM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [ECF Nos. 34, 37, 39]**<br><br>**[FIRST REQUEST]** |

Plaintiff, Bank of America, N.A. ("BANA"), and Defendants Fidelity National Title Group, Inc., Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Agency of Nevada, Inc. (collectively "Defendants" and with BANA, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 11, 2022, BANA filed its First Amended Complaint [ECF No. 33].
2. On February 24, 2022, multiple motions to dismiss BANA's First Amended Complaint were filed by Defendants, including the Motion to Dismiss filed by Fidelity National Title

Insurance Company, Inc. and Commonwealth Land Title Insurance Company [ECF No. 34], the Motion to Dismiss filed by Chicago Title of Nevada, Inc. and Fidelity National Title Agency of Nevada, Inc. [ECF No. 37], and the Motion to Dismiss filed by Fidelity National Title Group, Inc. [ECF No. 39] (collectively the "Motions to Dismiss.")

3. BANA's deadline to respond to the Motions to Dismiss is March 10, 2022.

4. BANA requests a thirty (30) day extension of time to file its responses to Defendants' Motions to Dismiss. The extension is requested to afford BANA's counsel additional time to review and respond to the arguments in Defendants' Motions to Dismiss.

5. Counsel for Defendants does not oppose the requested extension.

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

7. Additionally, BANA agrees that Defendants are not required to answer BANA's First Amended Complaint until after the Court rules on the Motions to Dismiss.

**IT IS SO STIPULATED.**

DATED this 10th day of March, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Bank of America, N.A.*

**IT IS SO ORDERED *nunc pro tunc.***

Dated this   11   day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this 10th day of March, 2022.

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendants, Fidelity National Title Group, Inc., Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Agency of Nevada, Inc.*