WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT
# DISTRCIT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; CHICAGO TITLE OF NEVADA, INC.; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00348-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO DEFENDANT FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS [ECF No. 39]**<br><br>[Third Request] |

COMES NOW Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP ("BANA") and Defendant Fidelity National Title Group, Inc.("FNTG"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 11, 2022, BANA filed its First Amended Complaint [ECF No. 33];
2. On February 24, 2022, FNTG filed a Motion to Dismiss [ECF No. 39];

/ / /

/ / /

3. BANA's deadline to respond to FNTG's Motion to Dismiss was April 25, 2022[1];

4. The parties have reached an agreement in theory by which FNTG will be dismissed from this matter. In order to conserve resources, the parties stipulate and agree that BANA shall have an additional 30 days to respond to FNTG's Motion to Dismiss through and including May 25, 2022. Should the parties finalize their agreement before then, an appropriate dismissal of FNTG will be filed;

5. Counsel for FNTG does not oppose the requested extension;

6. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 26th day of April, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP*

DATED this 26th day of April, 2022.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendants, Fidelity National Title Group, Inc., Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Agency of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this  12th  day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties were unable to file the stipulation in advance of the April 25, 2022 deadline because they were still discussing the proposed content of the stipulation.