Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Michael A. Pintar, Nevada Bar Number 3789
  *michael.pintar@mccormickbarstow.com*
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP,
INC., COMMONWEALTH LAND TITLE
INSURANCE COMPANY, FIDELITY
NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE OF
NEVADA, INC., and FIDELITY
NATIONAL TITLE AGENCY OF NEVDA,
INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00348-CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS DISMISS**<br><br>**(FIRST REQUEST)** |



Plaintiff Bank of America, N.A. ("BANA") and Defendants Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Agency of Nevada, Inc. (collectively, "Defendants," and with BANA, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS,** on February 11, 2022, BANA filed its First Amended Complaint [ECF No. 33];

**WHEREAS**, on February 24, 2022, Commonwealth Land Title Insurance Company and Fidelity National Title Insurance Company filed a Motion to Dismiss BANA's First Amended Complaint [ECF No. 34];

**WHEREAS**, on February 24, 2022, Chicago Title of Nevada, Inc. and Fidelity National Title Agency of Nevada, Inc. filed a Motion to Dismiss BANA's First Amended Complaint [ECF No. 36];

**WHEREAS**, on April 25, 2022, BANA filed an Opposition to Chicago Title of Nevada, Inc. and Fidelity National Title Agency of Nevada, Inc.'s Motion to Dismiss [ECF No. 50];

**WHEREAS**, on April 25, 2022, BANA filed an Opposition to Commonwealth Land Title Insurance Company and Fidelity National Title Insurance Company's Motion to Dismiss [ECF No. 51];

**WHEREAS**, Defendants' reply briefs in support of the motions to dismiss were due on May 2, 2022;

**WHEREAS**, BANA has agreed to extend Defendants' deadlines to file their reply briefs by two weeks, such that the briefs would be due on May 16, 2022, to afford Defendants' counsel additional time to review the arguments raised by the opposition briefs and formulate a response thereto;

**WHEREAS**, this is the first request for an extension of time, the extension of time is not sought for any improper purpose, and will not prejudice any party.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:



673740.2

1
**STIPULATION AND ORDER**

1. Defendants' deadlines to file reply briefs in support of the motions to dismiss (ECF Nos. 34 and 36) will be May 16, 2022;

**IT IS SO STIPULATED.**

Dated:  May 6, 2022          EARLY SULLIVAN WRIGHT
                             GIZER & McRAE LLP

                             By:  /s/-- *Scott E. Gizer*
                                 SCOTT E. GIZER
                                 SOPHIA S. LAU
                                 Attorneys for Defendants FIDELITY
                                 NATIONAL TITLE GROUP, INC.,
                                 COMMONWEALTH LAND TITLE
                                 INSURANCE COMPANY, FIDELITY
                                 NATIONAL TITLE INSURANCE
                                 COMPANY, CHICAGO TITLE OF NEVADA,
                                 INC., and FIDELITY NATIONAL TITLE
                                 AGENCY OF NEVDA, INC.

Dated:  May 6, 2022          MCCORMICK, BARSTOW, SHEPPARD,
                             WAYTE & CARRUTH LLP

                             By:  /s/-- *Michael A. Pintar*
                                 MICHAEL A. PINTAR
                                 Attorneys for Defendants FIDELITY
                                 NATIONAL TITLE GROUP, INC.,
                                 COMMONWEALTH LAND TITLE
                                 INSURANCE COMPANY, FIDELITY
                                 NATIONAL TITLE INSURANCE
                                 COMPANY, CHICAGO TITLE OF NEVADA,
                                 INC., and FIDELITY NATIONAL TITLE
                                 AGENCY OF NEVDA, INC.

Dated:  May 6, 2022          WRIGHT FINLAY & ZAK, LLP

                             By:  /s/-*Lindsay D. Dragon*
                                 LINDSAY D. DRAGON
                                 Attorneys for Plaintiff BANK OF AMERICA, N.A.

**IT IS SO ORDERED:**

Dated: May 12, 2022          By: _____
                                 UNITED STATES DISTRICT JUDGE



2
**STIPULATION AND ORDER**

673740.2

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                                        */s/ Robie Ann Atienza-Jones*
                                                        ROBIE ANN ATIENZA-JONES
                                                        An Employee of EARLY SULLIVAN
                                                        WRIGHT GIZER & McRAE LLP