3

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRCIT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; CHICAGO TITLE OF NEVADA, INC.; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00348-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO DEFENDANT FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS [ECF No. 39]**<br><br>**[Fifth Request]** |

COMES NOW Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP ("BANA") and Defendant Fidelity National Title Group, Inc.("FNTG"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 11, 2022, BANA filed its First Amended Complaint [ECF No. 33];
2. On February 24, 2022, FNTG filed a Motion to Dismiss [ECF No. 39];

/ / /

/ / /

3. BANA's deadline to respond to FNTG's Motion to Dismiss is June 24, 2022;

4. The parties have reached an agreement in theory by which FNTG will be dismissed from this matter. In order to conserve resources, the parties stipulate and agree that BANA shall have an additional 31 days to respond to FNTG's Motion to Dismiss through and including July 25, 2022. Should the parties finalize their agreement before then, an appropriate dismissal of FNTG will be filed;

5. Counsel for FNTG does not oppose the requested extension;

6. This is the fifth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 23rd day of June, 2022. | DATED this 23rd day of June, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP* | */s/ Scott E. Gizer* <br> Scott E. Gizer, Esq. <br> Nevada Bar No. 12216 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorney for Defendants, Fidelity National Title Group, Inc., Commonwealth Land Title Insurance Company, Fidelity National Title Insurance Company, Chicago Title of Nevada, Inc., and Fidelity National Title Agency of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated this 24th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE